IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM THOMAS HAYNES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-923-C |
| | ) | |
| GARFIELD COUNTY BOARD OF | ) | |
| COUNTY COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on September 8, 2011. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 8) is adopted and Plaintiff's civil rights complaint is dismissed with prejudice. Because no amendment could remedy the defects, a judgment will enter on behalf of Defendants. Moreover, this dismissal counts as a "strike" pursuant 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 27th day of October, 2011.

ROBIN J. CAUTHRON
United States District Judge